Edward Lyons, Appellee, v. Midwest Transfer Company of Illinois, Appellant.

Gen. No. 49,092.

First District, Fourth Division.

February 5, 1964.

Gerrard & Gerrard, of Chicago (Michael A. Gerrard and Allen S. Gerrard, of counsel), for appellant; Brunon J. Komosa, of Chicago, for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.